**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY BACA, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN MUIR HEALTH, et al. )<br>)<br>Defendants. )<br>) | Case No.: 4:21-cv-04898-SBA<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF CASE DEADLINES: as modified |

# [PROPOSED] ORDER

Having considered Plaintiffs' motion for leave to amend the case schedule, and finding good cause therefore, it is hereby ordered that the motion is granted and the deadlines set forth in the Order for Pretrial Preparation (Dkt. 16) are modified as follows:

| | |
|---|---|
| Close of Fact Discovery | 5/31/2022 |
| Expert Disclosures | 6/30/2022 |
| Rebuttal Designations | 7/29/2022 |
| Close of Expert Discovery | 8/30/2022 |

At present, the remaining dates and deadlines are unchanged. Defendants baldly assert that this two-month extension of the discovery deadlines will prejudice their ability to move for summary judgment and prepare for trial. Although prejudice has not been shown, the remaining dates and deadlines may be modified, either by stipulation or a separate motion.

**IT IS SO ORDERED.**

DATED:   April 18, 2022

_____ RS
Richard Seeborg for Saundra B. Armstrong
United States District Court Judge

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

1