**MELISSA C. NOLD, ESQ. , SBN 301378**
**NOLD LAW**
Russo Building
521 Georgia Street
Vallejo, California 94590
(707)644-4004
melissa@noldlaw.com

**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY BACA, et al; | Case: 4:21-cv-04898-SBA |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| JOHN MUIR HEALTH, et al. | |
| Defendants. | |

    IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on May 26, 2022, the Defendants filed their Motion for Summary Judgment. (ECF No. 25).

WHEREAS, Plaintiffs' deadline to respond to Defendants' motion is currently set for June 9, 2022; Defendant's deadline to reply to Plaintiff's opposition is June 16, 2022; and the Motion Hearing is July 13, 2022.

WHEREAS, Plaintiffs' Counsel will be beginning a two week wrongful death trial on June 13, 2022, and is currently in the laborious process of trial preparation.

WHEREAS, the Parties have conferred and agreed to a proposed three week extension of the motion deadlines that will accommodate the Plaintiffs' Counsel schedule without moving the Motion Hearing date.

WHEREAS, the Parties STIPULATE and JOINTLY PROPOSE that the Plaintiffs' deadline to respond to Defendants' Motion for Summary Judgment be changed to June 30, 2022 and that the Defendants' deadline to reply be changed to July 7, 2022.

IT IS SO AGREED.

Dated: June 3, 2022                     /s/ Ty Clarke
                                        Ty Clarke
                                        Attorney for Plaintiffs


Dated: June 3, 2022                     /s/ Marcie Fitzsimmons
                                        Marcie Fitzsimmons
                                        Attorney for Defendants

**IT IS SO ORDERED.**

**DATE:** 6/17/2022          *[signature]* RS
                             **Richard Seeborg for Saundra B. Armstrong**
                             **United States District Judge**

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400